UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————————

UNITED STATES OF AMERICA,

        Plaintiff,               Case No. 1:07:CR:124

v.

                          HON. GORDON J. QUIST

IDENEICKA SHAYE VERSE,

        Defendant.

_____/

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.      The Report and Recommendation of the Magistrate Judge filed May 16, 2007, is approved and adopted as the Opinion and Findings of this Court.

2.      Defendant Ideneicka Shaye Verse's plea of guilty to Count 1 of the Felony Information is accepted. Defendant Ideneicka Shaye Verse is adjudicated guilty.

3.      A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: June 8, 2007                    _____/s/ Gordon J. Quist_____
                                        GORDON J. QUIST
                                     UNITED STATES DISTRICT JUDGE